Ian Ledlin
Phillabaum, Ledlin, Matthews
 & Sheldon, PLLC
421 W. Riverside Avenue, #900
Spokane, WA 99201
(509) 838-6055
Lawyer for Margie Flesland

Hon. Patricia C. Williams

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

FLESLAND, HAROLD E.
d/b/a Pleasant Hills Estates
d/b/a Pleasant Hills Estates LP

Debtor.

No. 09-00575-PCW11

FINDINGS OF FACT AND
CONCLUSIONS OF LAW RE:
MODIFICATION OF
CHAPTER 11 PLAN

(All entities entitled to service are registered participants in the CM/ECF System in this case.)

This Court, having considered the pleadings and files herein, the Declaration of Margie Flesland, and argument of counsel, enters the following

**FINDINGS OF FACT**

1. The Modification of Chapter 11 Plan ("Modification") filed by Creditor Margie Flesland on April 19, 2012 complies with the applicable provisions of 11 U.S.C.

2. Ms. Flesland has complied with the applicable provisions of 11 U.S.C.

3. The Modification has been proposed in good faith and not by any means forbidden by law.

4. Any payment made or to be made by Ms. Flesland for services or for costs and expenses in connection with this case or in connection with the Modification and incident to this case will be subject to the approval of this Court.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 1

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

09-00575-FPC7    Doc 443    Filed 06/13/12    Entered 06/13/12 12:04:47    Pg 1 of 4

5.  No individual shall serve, after confirmation of the Modification, as a director, officer, or voting trustee of the debtor; there is no joint Modification; nor will there be any successor to the debtor under the Modification.

6.  The purpose of the Modification is to facilitate the liquidation of the assets proposed to be liquidated by the Plan.

7.  Debtor is currently not operating a business.

8.  No governmental regulatory commission will have any jurisdiction over the rates of Debtor after confirmation of the Modification.

9.  Each holder of a claim or interest shall receive that which it would receive if this case were liquidated under Chapter 7 of this title.

10. This is not an involuntary case.

11. There are no unpaid non-insider claims for wages, salaries or commissions, for contributors to an employee benefit plan, no claims related to the production, raising or storage of grain or for fish or fish produce, no unpaid claims for consumer deposits, and no claims for alimony, maintenance, or support.

12. Each holder of a claim specified in 11 U.S.C. 507(a)(8) shall receive payments in cash the total value, as of the effective date of the Modification, equal to the amounts of their claims to be paid in full within five years of the date of the order of relief in a manner not less favorable than the most favored non-priority unsecured claim provided by the Modification.

13. One class of claims that is impaired under the Modification that is not an insider has accepted the Modification.

14. Debtor has not obligated himself to provide retiree benefits.

15. The principle purpose of the Modification is not for the avoidance of taxes or for the avoidance of the application of Section 5 of the Securities Act of 1933.

16. There are no outstanding domestic support obligations.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 2

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

09-00575-FPC7    Doc 443    Filed 06/13/12    Entered 06/13/12 12:04:47    Pg 2 of 4

17. Debtor filed a Motion to convert this case into one under Chapter 7 after the Modification was filed.

18. Debtor subsequently withdrew his Motion to convert this case into one under Chapter 7.

19. Debtor did not timely undertake the appropriate procedures to sell the properties proposed to be liquidated under the Plan.

20. Immediate marketing of the properties will result in the likelihood of a greater distribution to creditors due to reduction in the accrual of interest on claims secured by properties to be sold.

21. The extension of time for the private sale of the Pleasant Hill Lot is necessary due to Debtor's failure to timely place that property on the market.

22. The limitation of time for the private sale of the other properties is necessary because Debtor's Marketing Plan did not provide for such a date.

23. No creditor has filed any objection to the Modification.

The Court, having made the foregoing Findings of Fact, makes the following

## CONCLUSIONS OF LAW

1. The Modification of Chapter 11 Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law.

2. The provisions of Chapter 11 have been complied with.

3. The objection to the Modification filed by Debtor should be denied.

4. The Modification filed by Ms. Flesland on April 19, 2012 under Docket #387 should be confirmed with the following amendments:

Paragraph 4 of the Modification is amended to provide as follows: "Margie Flesland is authorized to dispose of property by abandonment if she believes that it will be in the best interest of the creditors and the estate."

Paragraph 6 of the Modification is amended to provide as follows: "The Plan is Modified to extend the date by which the Pleasant Hills Lot property may be sold by private sale from August 14, 2012 to October 1, 2013. If the Pleasant Hills Lot property has not been sold by private sale by that date, it, along with any other real property proposed to be sold and has not been sold or disposed

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 3

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

09-00575-FPC7    Doc 443    Filed 06/13/12    Entered 06/13/12 12:04:47    Pg 3 of 4

of by abandonment of by that date, shall be sold by public sale or abandoned from the estate after notice and hearing, which shall occur no later than November 30, 2013 unless extended by the Court after notice and hearing."

Presented by:

PHILLABAUM, LEDLIN, MATTHEWS & SHELDON, PLLC

_____
IAN LEDLIN
Lawyer for Margie Flesland

No Objections:

OFFICE OF U.S. TRUSTEE


/s/ Gary W. Dyer (6/7/12)
GARY W. DYER
Lawyer for U.S. Trustee

STAMPER RUBENS, P.S.


/s/ Darren M. Digiacinto (6/7/12)
DARREN M. DIGIACINTO
Lawyer for Roger Fruci & Associates and Fruci II, P.S.

LAW OFFICE OF BRUCE R. BOYDEN


/s/ Bruce R. Boyden (6/7/12)
BRUCE R. BOYDEN
Lawyer for Debtor

F:\Users\IL\Flesland\Plan\Modification\Findings-1.wpd

_____
Patricia C. Williams
Bankruptcy Judge

06/13/2012 10:31:22

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 4

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055